**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:        1

| | |
|---|---|
| Case No: | 18-02843    JAF    Judge: JERRY A. FUNK |
| Case Name: | KEECH, DEIDRE RENEE |
| For Period Ending: | 12/31/18 |

| | |
|---|---|
| Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
| Date Filed (f) or Converted (c): | 08/16/18 (f) |
| 341(a) Meeting Date: | 09/27/18 |
| Claims Bar Date: | 04/22/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br>Single-family home,<br>Residence: Single family home,<br>13 Raemond LnPalm Coast FL 32164-0000 | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. AUTOMOBILE<br>2011 Subaru Forester (Titled to Deirdre and David Keech Location: 13 Raemond Ln, Palm Coast FL 32164) mileage: 108,000 | 6,341.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 3. HOUSEHOLD GOODS<br>Household: All furnishings, TVs, Location: 13 Raemond Ln, Palm Coast FL 32164 | 800.00 | 0.00 | | 0.00 | FA |
| 4. ELECTRONICS<br>Electronics: Location: 13 Raemond Ln, Palm Coast FL 32164 | 100.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING<br>Clothes: Location: 13 Raemond Ln, Palm Coast FL 32164 | 175.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY<br>Jewelry: Wedding band and rings | 150.00 | 0.00 | | 0.00 | FA |
| 7. ANIMALS<br>Animals: 2 cats Location: 13 Raemond Ln, Palm Coast FL 32164 | 0.00 | 0.00 | | 0.00 | FA |
| 8. BANK ACCOUNT<br>Checking Account: Vystar Credit Union | 50.00 | 0.00 | | 0.00 | FA |
| 9. RETIREMENT<br>VA State Retirement | Unknown | 0.00 | | 0.00 | FA |
| 10. 2018 INCOME TAX REFUND (u) | Unknown | Unknown | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $187,616.00 | $2,500.00 | | $0.00 | $2,500.00 |
|---|---|---|---|---|---|

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

| Case No: | 18-02843    JAF    Judge: JERRY A. FUNK | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|
| Case Name: | KEECH, DEIDRE RENEE | Date Filed (f) or Converted (c): | 08/16/18 (f) |
| | | 341(a) Meeting Date: | 09/27/18 |
| | | Claims Bar Date: | 04/22/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NO ATTORNEY EMPLOYED

REQUESTED COPY OF 2017 TAX RETURN SENT 1/3/18

OBJECTIONS TO EXEMPTIONS TO COURT 10/27/18

LETTER REQUESTING COPY OF 2018 TAX RETURN TO DEBTORS 1/3/19

CONSENT ORDER ON OBJECTIONS TO EXEMPTIONS FOR $2,500 WITHIN 90 DAYS  SIGNED 1/22/19

Initial Projected Date of Final Report (TFR): 09/01/20        Current Projected Date of Final Report (TFR): 09/01/20